

# Fourth Court of Appeals
## San Antonio, Texas

June 11, 2019

No. 04-19-00078-CV

**IN RE** Leticia Murillo **ESCAMILLA**[1]

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 15-05-00091-CVL
Honorable Russell Wilson, Judge Presiding

# C O N T E M P T   J U D G M E N T

This is a contempt proceeding ancillary to appeal number 04-19-00078-CV, styled *Nabors Drilling Technologies USA, Inc. v. Leslie Wayne Ratliff and Sharon Ratliff*, currently pending in this court.

On February 13, 2019, this court notified the court reporter, Leticia Murillo Escamilla, that the reporter's record was late. Ms. Escamilla responded to our notice by stating that the reporter's record was not filed because she was uncertain about the deadline and had not yet made arrangements with appellant regarding payment for the reporter's record. Ms. Escamilla requested an additional thirty days to prepare the record. On February 28, 2019, this court ordered the court reporter, Ms. Leticia Escamilla, to file the reporter's record within thirty (30) days of the date appellant filed proof of payment of the reporter's fee. We advised Ms. Escamilla that further requests for extension of time to file the reporter's record would be disfavored. Appellant filed proof of payment on March 11, 2019, making the reporter's record due by April 10, 2019. On April 15, 2019, Ms. Escamilla filed a notice of late record requesting until April 22, 2019 to file the reporter's record. On April 16, 2019, this court granted Ms. Escamilla's request and ordered that the reporter's record be filed no later than April 22, 2019. We advised Ms. Escamilla that no further requests for extension of time to file the reporter's record would be granted. On April 23, 2019, Ms. Escamilla filed another notice of late record requesting until May 6, 2019 to file the reporter's record. We granted the motion and advised Ms. Escamilla that if the record was not received by May 6, 2019, an order would be issued directing Ms. Escamilla to appear before this court in person and show cause why she should not be held in contempt for failing to file the record. On May 14, 2019, Ms. Escamilla filed another notice of late record requesting until May 24, 2019 to file the reporter's record.

---

[1]    Ancillary No. 04-19-00078-CV, *Nabors Drilling Technologies USA, Inc. v. Leslie Wayne Ratliff and Sharon Ratliff*

On May 20, 2019, we ordered Ms. Escamilla to appear in the courtroom at the Fourth Court of Appeals, 300 Dolorosa, Suite 3200, San Antonio, Texas, on June 11, 2019 at 1:00 p.m. before a panel consisting of Chief Justice Marion, Justice Martinez, and Justice Alvarez to show cause:

1. why she should not be held in civil and criminal contempt of this court for violating this court's previous orders requiring her to file the reporter's record in this cause;

2. why she should not be sanctioned; and

3. if a complete copy of the reporter's record is not filed by June 10, 2019, why she should not be held in civil and criminal contempt of this court for violating this order.

Our order advised Ms. Escamilla that she has the right to be represented by counsel at the show cause hearing and the proceedings will be recorded by a certified court reporter. The court's order was personally served on Ms. Escamilla by Deputy A. Camacho, #207 on May 21, 2019 at 11:15 a.m. Prior to the date of the hearing, Ms. Escamilla filed volumes 2 and 8–13 of the 13-volume reporter's record. On the date of the hearing, however, the record was incomplete.

Ms. Escamilla personally appeared before the court at 1:00 p.m. to show cause why she should not be held in contempt of court. Ms. Escamilla was advised of her right to counsel by the court, and Ms. Escamilla knowingly and voluntarily waived her right to counsel. The court took judicial notice of its own file, heard evidence from the Fourth Court of Appeals Chief Deputy Clerk Luz Estrada, and admitted without objection Chief Deputy Clerk Estrada's affidavit setting forth the facts that are the basis of this proceeding. The court determined Ms. Escamilla failed to timely comply with this court's prior orders dated February 28, 2019; April 16, 2019; May 2, 2019; and May 20, 2019. The court gave Ms. Escamilla an opportunity to show cause why she should not be held in contempt for violating our prior orders. Ms. Escamilla admitted that she had failed to file a complete reporter's record as ordered by the court.

After deliberating, the court finds from the evidence that Ms. Escamilla should be held in contempt of this court for failing to comply with this court's orders dated February 28, 2019; April 16, 2019; May 2, 2019; and May 20, 2019. It is therefore ORDERED, ADJUDGED, AND DECREED by the Court of Appeals, Fourth Court of Appeals District of Texas, that:

Leticia Murillo Escamilla is in contempt of this court for failing to comply with this court's orders dated February 28, 2019; April 16, 2019; May 2, 2019; and May 20, 2019, by failing to file the reporter's record in appeal number 04-19-00078-CV, styled *Nabors Drilling Technologies USA, Inc. v. Leslie Wayne Ratliff and Sharon Ratliff*, by June 10, 2019;

Leticia Murillo Escamilla is ordered confined to the County Jail of Bexar County, Texas for a period of thirty (30) days from the date of this judgment, which sentence shall be suspended pending and conditioned upon Ms. Escamilla's compliance with this judgment as follows:

Leticia Murillo Escamilla shall complete the reporter's records in the following matters in the following order:

1. cause number 04-18-00411-CV, styled *Repsol Oil & Gas USA, LLC v. Matrix Petroleum, LLC, et al*.; and

2. cause number 04-19-00078-CV, styled *Nabors Drilling Technologies USA, Inc. v. Leslie Wayne Ratliff and Sharon Ratliff,*

by working on the records at a location designated by the Clerk of the Fourth Court of Appeals. Ms. Escamilla shall report to the Office of the Clerk of the Fourth Court of Appeals, 300 Dolorosa, San Antonio, Texas 78205, beginning Wednesday, June 12, 2019, not later than 9:00 a.m., with all the materials and equipment necessary to complete the records. Ms. Escamilla shall work exclusively on the records for cause numbers 04-18-00411-CV and 04-19-00078-CV for a minimum of seven (7) hours per day from 9:00 a.m. to 12:00 noon, a one-hour lunch break, and from 1:00 p.m. to 5:00 p.m. every Monday through Friday until the records are completed. During these hours, Ms. Escamilla shall not work on any other matters or conduct any personal business. If, prior to completing the records, Ms. Escamilla fails to appear to the Clerk's Office without providing an excuse acceptable to this court, she will be ordered immediately confined to the County Jail of Bexar County, Texas to complete her sentence;

Leticia Murillo Escamilla may not work on any other matter until she has filed complete reporter's records in cause numbers 04-18-00411-CV and 04-19-00078-CV and those filings have been certified by the Clerk of this court;

Leticia Murillo Escamilla shall be fined in the amount of $500.00, payable to the Clerk of the Court of Appeals, Fourth Court of Appeals District of Texas, not later than July 1, 2019 at 5:00 p.m.; and

Leticia Murillo Escamilla shall pay all costs of this proceeding, including the cost of the court reporter, to the Clerk of the Court of Appeals, Fourth Court of Appeals District of Texas no later July 1, 2019 at 5:00 p.m.

IT IS FURTHERED ORDERED that the Clerk of this court shall submit a copy of this contempt judgment to the Court Reporter's Certification Board for any action the Board may deem appropriate.

IT IS FURTHER ORDERED that the Clerk of this court mail and fax a copy of this judgment to the Honorable Russell Wilson, Presiding Judge of the 81st Judicial District Court, La Salle County, Texas; the Honorable Sid Harle, Judge of the Fourth Administrative Judicial Region; and mail and fax a copy of this judgment to the parties in this case and in the cause number 04-18-00411-CV, styled *Repsol Oil & Gas USA, LLC v. Matrix Petroleum, LLC, et al*.

IT IS FURTHER ORDERED that all writs and other process necessary for the enforcement of this judgment be issued.

SIGNED June 11, 2019.

*Sandee Bryan Marion*
Sandee Bryan Marion, Chief Justice

_____
Rebeca C. Martinez

_____
Patricia O. Alvarez


       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of June, 2019.



_____
Luz Estrada,
Chief Deputy Clerk